IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDRICK MCINTYRE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:11cv530-WHA |
| | ) | (WO) |
| THOMAS KANE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

The court having considered Petitioner's reply to Respondent's answer (Doc. No. 12), it is

ORDERED that on or before August 25, 2011, Respondent shall file a supplemental answer addressing Petitioner's contention that the Bureau of Prisons ("BOP") has failed to provide Petitioner with a copy of the final Discipline Hearing Officer ("DHO") Report in his case. In addition, Respondent's supplemental answer shall address Petitioner's contention that the BOP has prevented him from pursuing his administrative remedies by failing to provide him with a copy of the final DHO Report. Respondent's supplemental answer should also make reference to any applicable administrative rules, regulations or guidelines that relate to the timeline for providing an inmate with a copy of the final DHO Report.

Done this 11th day of August, 2011.

/s/Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE