IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK MCINTYRE, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>THOMAS KANE, *et al.*, )<br>)<br>    Respondents. ) | Civil Action No. 2:11cv530-WHA<br>(WO) |

## **O R D E R**

On August 19, 2011 (Doc. No. 14), petitioner Fredrick McIntyre, through counsel, filed a motion to dismiss the instant action so that he may pursue his available administrative remedies. Upon consideration of this motion, and for good cause, it is hereby ORDERED that:

1. McIntyre's motion to dismiss the instant action is GRANTED;

    and

2. This action is DISMISSED without prejudice.

DONE this 30th day of August, 2011.

                                          /s/ W. Harold Albritton
                                          W. HAROLD ALBRITTON
                                          SENIOR UNITED STATES DISTRICT JUDGE